USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                              :

DRYWALL TAPERS AND POINTERS OF     :
GREATER NEW YORK LOCAL UNION 1974, :
Affiliated with International Union of Allied Painters :    1:24-cv-6300-GHW
and Allied Trades, AFL-CIO, and TRUSTEES OF :
THE DRYWALL TAPERS AND POINTERS  :    ORDER
LOCAL UNION NO. 1974 BENEFIT FUNDS, :
                                                            :
                                  Petitioners, :
                                                            :
                 -v-                                        :
                                                            :
TECHWOOD INC.,                                 :
                                                            :
                                  Respondent. :
                                                            :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 21, 2024, Petitioners Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, and Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds filed a petition to confirm an arbitration award. Dkt. No. 1; *see also* Dkt. No. 2 (declaration).

Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than September 6, 2024. Respondent's opposition is due by November 15, 2024. Petitioners' reply, if any, is due by November 22, 2024.

Petitioners are directed to serve the petition and supporting materials upon Respondent by October 18, 2024 and to file an affidavit of such service with the Court by October 21, 2024.

SO ORDERED.

Dated: August 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge